181 So.2d 783

**George D. TALLEY**

v.

**EMPLOYERS MUTUAL LIABILITY IN-
SURANCE COMPANY et al.**

No. 47985.

Jan. 17, 1966.

HAMLIN, J., did not participate.

SANDERS, J., is of the opinion that a writ should be granted. Violation of the statute was negligence *per se* under the established jurisprudence. This negligence is actionable if it has a causal relation with the injury. The facts found by the Court of Appeal are insufficient to determine the issue of causal connection.